**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN YOUNGBLOOD and PRISCILLA HERRERA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, a Rhode Island Corporation, and PERRIGO COMPANY,<br><br>Defendants. | Case No. 2:20-cv-06251-MCS-MRW<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Motion for Judgment on the Pleadings, IT IS ADJUDGED that the Third Amended Complaint is dismissed without leave to amend. The action is dismissed.

**IT IS SO ORDERED.**

Dated: August 17, 2021

*[signature]*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE